**SO ORDERED.**

**SIGNED this 1 day of October, 2021.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TEASHA VENDETTA JOHNSON, | ) | CASE NO. 19-40157 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| FREEDOM MORTGAGE CORPORATION, | ) | JUDGE: JOHN T. LANEY III |
| | ) | |
| Movant. | ) | CHAPTER 13 |
| | ) | |
| vs. | ) | |
| | ) | |
| TEASHA VENDETTA JOHNSON, | ) | |
| JONATHAN W. DELOACH, TRUSTEE | ) | |

CONSENT ORDER DENYING MOTION FOR RELIEF FROM STAY (DOC #23)

The above styled Motion for Relief from Stay was filed on June 10, 2021 (Doc #23) and set for hearing before the Court on September 15, 2021 upon Order of Continuance; and

WHEREAS, Freedom Mortgage Corporation, its Successors and Assigns (hereinafter referred to as "Freedom"), asserts a claim secured by certain real property known as 9043 Seedling Dr, Midland, Georgia 31820 (herein referred to as the "Property"), pursuant to which the Debtor is obligated to make monthly contract payments; and

WHEREAS, Freedom, filed a Motion for Relief from Stay alleging the post-petition contract payments are in arrears; and

WHEREAS, as of September 15, 2021, the parties agree the post-petition default is $1,492.35 calculated as follows: one (1) payment of $1,174.19  a reasonable attorney fee of $500.00; a filing fee of $188.00; less a post petition suspense balance of $369.84; and

WHEREAS, the parties having reached the following terms of consent in resolution of the motion, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Debtor shall make all post-petition monthly contractual payments on time directly to the Chapter 13 Trustee commencing with the monthly payment due October 1, 2021, and thereafter.  Chapter 13 Trustee will make payment for the September 1, 2021 payment within thirty (30) days upon entry on this Order; and

FURTHER ORDERED that Movant is authorized to amend its Proof of Claim, file a Proof of Claim if applicable, or file a supplemental claim to have the arrears of $318.16 paid by the Chapter 13 Trustee in the normal disbursements. In the event Movant fails to file a Proof of Claim or Amended Proof of Claim for said fees and costs, this Order shall stand as a Proof of Claim.

FURTHER ORDERED that the parties have agreed that TIME IS OF THE ESSENCE of this Consent Order and should the Debtor default under any terms or

obligations set forth in this Consent Order for the period of twelve (12) months from the date of the entry of this Order, upon Freedom forwarding to the Debtor and the Debtor's Attorney a written notice of default and should the default not be cured within fifteen (15) days of the posting of the notice of default, upon counsel for Freedom submitting to this Court a Default Motion supported by an affidavit setting forth the default of the Debtors, notice of default to the Debtor, and to the Debtor's Attorney, and the Debtor failure to cure said default, the Court may enter an order lifting the automatic stay as to the property without further notice to the Debtor or the Debtor's Attorney and without intervention of a hearing; and

FURTHER ORDERED that the parties have agreed that should Freedom foreclose its interest in the Property that secures its claim during the pendency of this proceeding, any excess proceeds shall be reported to the Chapter 13 Trustee.

[END OF DOCUMENT]

ORDER PREPARED AND PRESENTED BY:

 /s/Ciro A Mestres
Ciro A Mestres, GA Bar No. 840253
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 678-281-6516
Email:Ciro.Mestres@mccalla.com

*(Signatures continued on the next page)*

CONSENTED TO BY:

 /s/America A. Cross
(by Ciro A Mestres with express permission)
America A. Cross, Bar No. 191070
Attorney for Debtor

Arey & Cross, P.C.
4800 Armour Road
Columbus, GA 31904
Phone: 706-596-6745
Email: warey@aol.com


NO OPPOSITION:

*/s/John Gilson*
(by Ciro A Mestres with express permission)
John Gilson, Gar Bar No. 295360
Office of the Chapter 13 Trustee
Office of The Chapter 13 Trustee
P. O. Box 1907
Columbus, GA 31902
Phone: 706-327-4151 ext 514


**DISTRIBUTION LIST**

Ciro A Mestres
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Rd
Roswell, GA 30076

Teasha Vendetta Johnson
9043 Seedling Drive
Midland, GA 31820

America A. Cross
Arey & Cross, P.C.
4800 Armour Road
Columbus, GA 31904

Jonathan W. DeLoach
Office of The Chapter 13 Trustee
P. O. Box 1907
Columbus, GA 31902